IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:21-CV-00183-FL

| | |
|---|---|
| JACQUELYN RAINEY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner.

For good cause shown, and pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

1